UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRUCE R. McCARSON, <br><br> Plaintiff, <br><br> v. <br><br> TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., <br><br> Defendant. | Case No.: 09-1314 <br><br> Judge: Michael M. Mihm |

**JOINT STATUS REPORT**
**REGARDING ELECTRONICALLY STORED INFORMATION**

COME NOW the parties, by their attorneys, and pursuant to the Court's scheduling order of January 12, 2010, and state as follows:

1. In its scheduling order the Court ordered the parties to file a status report with proposals for the discovery of electronically stored information by July 15, 2010 if the parties cannot agree upon a procedure for the discovery of such information.

2. While counsel for the parties have had discussions regarding the discovery of electronically stored information, they have concluded that any issues regarding electronic discovery will be sharpened and clarified after the exchange of their responses to the outstanding discovery requests. These responses are anticipated to be made in early August.

WHEREFORE, the parties request that the date for informing the Court of any disputes regarding electronically stored information be extended to August 16, 2010.

Respectfully submitted,                              Respectfully submitted,

/s/ Patricia C. Benassi                              /s/ L. Lee Smith
Patricia C. Benassi                                  L. Lee Smith (Lead Counsel)
Athena Herman                                        Ambrose V. McCall
BENASSI & BENASSI, P.C.                              Ronald W. Hasinger
300 NE Perry Avenue                                  Garth C.K. Madison
Peoria, IL 61603                                     HINSHAW & CULBERTSON LLP
Telephone: 309-674-3556                              416 Main Street, 6th Floor
Facsimile: 309-674-7989                              Peoria, IL 61602
patricia@benassi.com                                 Telephone: 309-674-1025
athena@benassi.com                                   Facsimile: 309-674-9328
                                                     lsmith@hinshawlaw.com
Attorneys for Plaintiff,                             amccall@hinshawlaw.com
BRUCE R. MCCARSON                                    rhasinger@hinshawlaw.com
                                                     gmadison@hinshawlaw.com

                                                     Attorneys for Defendant,
                                                     TAKEDA PHARMACEUTICALS NORTH
                                                     AMERICA, INC.

2

80305962v1 905834 62106

## CERTIFICATE OF SERVICE

I hereby certify that on **July 15, 2010**, I electronically filed this **JOINT STATUS REPORT REGARDING ELECTRONICALLY STORED INFORMATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Patricia C. Benassi
Athena Herman
BENASSI & BENASSI, P.C.
300 NE Perry Avenue
Peoria, IL  61603
(*Attorneys for Plaintiff*)

    /s/ L. Lee Smith
L. Lee Smith
Attorneys for Defendant
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL  61602

80305962v1 905834 62106