E-FILED

Thursday, 16 September, 2010  01:03:46 PM

Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRUCE R. McCARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 09-1314 |
| v. | ) | |
| | ) | Judge: Michael M. Mihm |
| TAKEDA PHARMACEUTICALS NORTH | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**
**REGARDING ELECTRONICALLY STORED INFORMATION**

COMES NOW the Defendant, TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. ("Takeda"), by and through its attorneys, HINSHAW & CULBERTSON, LLP and states as follows:

1.    The Court had ordered the parties to make a report regarding the status of electronic discovery.  Because of delays in the exchange of written discovery, the parties, with the Court's permission, agreed to extend the supplemental status report to September 16, 2010. The defendant provided the plaintiff with voluminous written discovery on August 17.

2.    Counsel for the defendant has learned that plaintiff's lead counsel, Patricia Benassi, is recuperating from surgery and has been out of the office for the last several days.  It is unknown when Mrs. Benassi will return to work.

3.    The undersigned counsel for the defendant will confer with Mrs. Benassi when she returns to her office and provide the Court with a proposed date for providing the supplemental report.

Respectfully submitted,


/s/ L. Lee Smith
L. Lee Smith (Lead Counsel)
Ambrose V. McCall
Ronald W. Hasinger
Garth C.K. Madison
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328
lsmith@hinshawlaw.com
amccall@hinshawlaw.com
rhasinger@hinshawlaw.com
gmadison@hinshawlaw.com

Attorneys for Defendant,
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC.

80309069v1  905834  62106

## CERTIFICATE OF SERVICE

I hereby certify that on **September 16, 2010**, I electronically filed this **STATUS REPORT REGARDING ELECTRONICALLY STORED INFORMATION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

     Patricia C. Benassi
     Athena Herman
     BENASSI & BENASSI, P.C.
     300 NE Perry Avenue
     Peoria, IL  61603
     (*Attorneys for Plaintiff*)

     /s/ L. Lee Smith
     L. Lee Smith
     Attorneys for Defendant
     HINSHAW & CULBERTSON LLP
     416 Main Street, 6th Floor
     Peoria, IL  61602

80309069v1  905834  62106